# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Center for Reproductive Rights | ) |
| *Plaintiff*, | ) Civil Action No. 25-cv-3023 |
| v. | ) |
| U.S. Department of Health and Human Services and U.S. Food and Drug Administration | ) Judge Royce Lamberth |
| *Defendants*. | ) |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff, the Center for Reproductive Rights, through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants U.S. Department of Health and Human Services and U.S. Food and Drug Administration in the above-captioned matter.

October 2, 2025

Respectfully submitted,

/s/ Amanda Chuzi
Amanda Chuzi (D.D.C. Bar ID D00627)
Ryan A. Wheeler (*pro hac vice*)
achuzi@cohenmilstein.com
rwheeler@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

*Attorneys for Plaintiff Center for Reproductive Rights*