IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Center for Reproductive Rights ) | |
| ) | |
| *Plaintiff,* ) | Civil Action No. 25-cv-3023 |
| v. ) | |
| ) | |
| U.S. Department of Health and Human Services ) | Judge Royce Lamberth |
| and U.S. Food and Drug Administration ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## DECLARATION OF SERVICE

I, JAMES M. MELVIN, hereby declare as follows:

1.	I am employed as a paralegal at Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein").

2.	On September 5, 2025, the Center for Reproductive Rights, represented by Cohen Milstein, initiated the above-captioned matter in the U.S. District Court for the District of Columbia. On September 5, 2025, the Court issued signed summonses for service, and on September 11, 2025, I served the summonses and copies of the complaint on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants U.S. Department of Health and Human Services and U.S. Food and Drug Administration.

3.	Service was effected by hand delivery on the U.S. Attorney for the District of Columbia on September 11, 2025.

4.	Service was effected by Certified U.S. Mail, return receipt requested, on the U.S. Attorney General, and Defendants U.S. Department of Health and Human Services and U.S. Food and Drug Administration on September 11, 2025.

2

5. According to Certified Mail return receipt, service of process was effected on the U.S. Attorney General at 950 Pennsylvania Avenue NW, Washington, DC 20530 on September 22, 2025. (*See* Exhibit 1.)

6. According to Certified Mail return receipt, service of process was effected on Defendant U.S. Department of Health and Human Services at 200 Independence Avenue SW, Washington, DC 20201 on September 22, 2025. (*See* Exhibit 2.)

7. According to Certified Mail return receipt, service of process was effected on Defendant U.S. Food and Drug Administration at 10903 New Hampshire Avenue, Silver Spring, MD 20993 on September 15, 2025. (*See* Exhibit 3.)

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2025                             */s/ James M. Melvin*
                                                              James M. Melvin

# Exhibit 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Evie Sassak_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>SEP 2 2 2025 |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*INSPECTED* |
| ‖‖‖‖‖ barcode ‖‖‖‖‖<br>9590 9402 4215 8121 3160 51 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 1062 9340 71 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

# Exhibit 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

9590 9402 6057 0125 1441 13

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

SEP 2 2 2025

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

# Exhibit 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Food and Drug Administration
   10903 New Hampshire Avenue,
   Silver Spring, MD 20993

   9590 9402 4215 8121 3160 82

2. Article Number (Transfer from service label)

   9589 0710 5270 1062 9340 95

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                     ☐ Agent
                                         ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

   SEP 15 2025

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt