IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Center for Reproductive Rights<br>199 Water Street,<br>New York, N.Y. 10038,<br>        *Plaintiff*,<br> v.<br>U.S. Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>U.S. Food and Drug Administration<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993,<br>        *Defendants*. | Civil Action No. 1:25-cv-03023-RCL<br><br>Judge Royce Lamberth |

## CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and Local Civil Rule 7, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the Amended Complaint attached hereto. Clean and redline copies of the Amended Complaint are attached hereto, as required by Local Civil Rule 15.1. Plaintiff has met and conferred with Defendants, and Defendants consent to the relief sought in this motion.

Plaintiff, the Center for Reproductive Rights, filed its Complaint on September 5, 2025. Dkt. No. 1. The Complaint seeks to compel Defendants to comply with their obligations under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). *Id.* at 1. As discussed in the Complaint, the information Plaintiff seeks is related to Defendants' decision to review mifepristone. *Id.* at 1.

Because of the recent lapse in government appropriations, Defendants' deadline to respond to the Complaint was tolled until December 8, 2025. In the interim period since the Complaint was

filed, Defendant U.S. Food and Drug Administration failed to adequately respond to three additional FOIA requests submitted by Plaintiff, which are also related to Defendants' review of mifepristone. Accordingly, Plaintiff seeks leave to amend the Complaint to add claims for those three FOIA requests. The amendment adds no new parties and does not alter the existing claims other than to include these additional FOIA requests.

Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, a party may amend its pleading if the opposing party consents to the amendment in writing. Fed. R. Civ. P. 15(a)(2); *see also In re Domestic Airline Travel Antitrust Litig.*, 2017 WL 11565557, at *1 (D.D.C. Aug. 31, 2017) (under Rule 15(a)(2), leave to amend "should be freely given unless there is a good reason to the contrary.") (citing *Willoughby v. Potomac Elec. Power Co.*, 100 F.3d 999, 1003 (D.C. Cir. 1996)). Courts in this district have routinely granted motions to amend complaints where defendants have consented to such amendments. *See, e.g.*, Minute Order, *United States v. Deutsche Telekom AG*, No. 19-02232 (November 8, 2019) (granting consent motion to amend complaint); Minute Order, *Boykin v. United States*, No. 17-2569 (May 25, 2018) (same).

Therefore, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the Amended Complaint attached hereto at Exhibit 1 (clean) and Exhibit 2 (redline). A proposed order granting this motion is attached hereto.

December 6, 2025

/s/ Amanda K. Chuzi

Amanda Chuzi (D.D.C. Bar ID D00627)
Ryan Wheeler (DC Bar No. 1737408) (pro hac vice)
achuzi@cohenmilstein.com
rwheeler@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC

2

1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

*Counsel for Center for Reproductive Rights*

## CERTIFICATE OF SERVICE

I certify that on December 6, 2025, I filed this document with the Court's Electronic Case Filing (ECF) system, which will send a Notice of Electronic Filing to counsel of record.

*/s/ Amanda K. Chuzi*
Amanda K. Chuzi
