IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Center for Reproductive Rights<br>199 Water Street,<br>New York, N.Y. 10038,<br>       *Plaintiff*,<br> v.<br>U.S. Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>U.S. Food and Drug Administration<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993,<br>       *Defendants*. | Civil Action No. 1:25-cv-03023-RCL<br><br>Judge Royce Lamberth |

## [PROPOSED] ORDER CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Upon consideration of Plaintiff's Consent Motion for Leave to File Amended Complaint, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Civil Rule 15.1, Plaintiff is granted leave to file the Amended Complaint submitted with the Motion; and it is further ORDERED that the Clerk shall docket the Amended Complaint attached to the Motion.

 **SO ORDERED**.

 Entered this _____ day of         _____
                     U.S. District Judge Royce Lamberth