UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR REPRODUCTIVE RIGHTS,<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>        Defendants. | Civil Action No. 25-3023 (RCL) |

**CONSENT MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move, by and through undersigned counsel, for a 24-day extension of the deadline to respond to Plaintiff's Amended Complaint, ECF No. 13. Defendants' response to Plaintiff's Amended Complaint is currently due December 23, 2025, under Federal Rule of Civil Procedure 15(a)(3). If the Court grants Defendants' motion, their response will be due on January 16, 2026. Defendants have conferred with counsel for Plaintiff, and Plaintiff consents to this request. Good cause supports this motion, as set forth below:

    1.    Plaintiff filed this lawsuit on September 5, 2025, seeking various relief under the Freedom of Information Act ("FOIA") stemming from a July 18, 2025, FOIA request submitted to Defendant U.S. Food and Drug Administration, and a July 21, 2025, FOIA request submitted to Defendant U.S. Department of Health and Human Services. ECF No. 1. The United States Attorney for the District of Columbia was served on September 11, 2025. ECF No. 8.

    2.    Defendants' initial deadline to respond to the Complaint was October 14, 2025. *See* 5 U.S.C. § 552(a)(4)(C). However, in response to the federal government shutdown that took

place between October 1, 2025, and November 12, 2025, Standing Order 25-59 (JEB) was issued, generally extending by 53 days all filing deadlines falling during such period and imposed upon federal agencies in civil actions.  Accordingly, the filing deadline for Defendants' response was extended to December 8, 2025.

3. On December 6, 2025, Plaintiff filed a consent motion for leave to file an Amended Complaint, *see* ECF No. 11, which the Court granted on December 9, 2025.  *See* ECF No. 12.  As a result, the filing deadline for Defendants' response is now December 23, 2025.  *See* Fed. R. Civ. P. 15(a)(3); LCvR 7(i) (providing that the amended pleading shall be deemed to have been filed and served by mail on the date on which the order granting the motion is entered)

4. Good cause exists for this extension.  Plaintiff's Amended Complaint adds claims for three additional FOIA requests submitted to Defendant U.S. Food and Drug Administration.  *See* ECF No. 13.  The agency will need additional time to research the facts underlying these new claims and provide guidance to the undersigned.

5. Pursuant to Local Civil Rule 7(m), the parties conferred regarding the requested extension of time, and Plaintiff consents to Defendants' request.

Dated: December 10, 2025        Respectfully submitted,

                                */s/ William Thanhauser*
                                WILLIAM THANHAUSER, D.C. Bar #1737034
                                Assistant United States Attorney
                                601 D Street, N.W.
                                Washington, D.C. 20530
                                Tel: (202) 252-7706
                                Email: william.thanhauser@usdoj.gov

                                *Attorney for the United States of America*