UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR REPRODUCTIVE RIGHTS,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Civil Action No. 25-3023 (RCL) |

## [~~PROPOSED~~] ORDER

Upon consideration of Defendants' Consent Motion for an Extension of Time to Respond to the Amended Complaint, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Defendants shall Answer or otherwise respond to Plaintiff's Amended Complaint, ECF No. 13, on or before January 16, 2026.

**SO ORDERED**, this 5th day of January, 2025.

_____
ROYCE C. LAMBERTH
United States District Judge