UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE CENTER FOR REPRODUCTIVE RIGHTS,

    *Plaintiff,*

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

    *Defendants.*

Case No. 25-cv-3023 (RCL)

## ORDER

Pursuant to Local Rule 16.3(b)(10), parties to a FOIA action are exempted from typical scheduling order requirements. As such, the burden is on the government to produce a *Vaughn* index with a supporting motion to dismiss or motion for summary judgment, as appropriate. As the defendant has now filed its Answer, the Court **ORDERS** the parties to meet and confer and to file a joint report within fifteen days proposing a schedule for:

- Further status reports;
- The defendant's processing of responsive records;
- Filing a Vaughn index; and,
- Filing and briefing dispositive motions.

If the parties disagree about the proposed schedule, they shall briefly describe the nature and reasons for disagreement in their joint report.

**IT IS SO ORDERED.**

Date: 2-18-26

Royce C. Lamberth
United States District Judge

1