UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR REPRODUCTIVE RIGHTS,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>        Defendants. | Civil Action No. 25-3023 (RCL) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, respectfully submit this Joint Status Report in the above-captioned case pursuant to this Court's Order, ECF 17.

This case relates to five Freedom of Information Act ("FOIA") requests submitted by Plaintiff The Center for Reproductive Rights to Defendants the U.S. Department of Health and Human Services ("HHS") and the U.S. Food and Drug Administration ("FDA") (collectively, "Defendants"). Plaintiff filed the Amended Complaint on December 9, 2025 (ECF No. 13). Defendants answered the Amended Complaint on January 16, 2026 (ECF No. 16).

Defendants are in the process of analyzing Plaintiff's FOIA requests and collecting records potentially responsive to the requests. Given the breadth and complexity of the requests, that process is ongoing. Accordingly, Defendants are not in a position at this time to estimate the total number of potentially responsive records or to propose a production schedule. Defendants, however, intend to produce records responsive to the request, subject to appropriate withholdings. Likewise, the Parties believe it is too soon to tell whether a *Vaughn* index and dispositive motion

briefing are necessary, but will update the Court of the necessity of both in future Joint Status Reports.

The Parties have agreed to continue to work together in good faith to address any issues that arise during the search, review, and production of the records, ideally without the need for further litigation and further use of this Court's resources.

Accordingly, the Parties respectfully propose the following schedule:

- May 5, 2026: The Parties file an interim Joint Status Report, apprising the Court of the status and any other issues that may arise;

- June 15, 2026: Defendants provide Plaintiff with the estimated total number of pages of potentially responsive records to be processed; Defendants make their first rolling monthly production; and Defendants provide an estimated schedule for the processing of remaining potentially responsive documents

- June 30, 2026: The Parties file a Joint Status Report, apprising the Court of the above, and setting out a proposed schedule for further status reports.

Dated: March 5, 2026                          Respectfully submitted,

                                              JEANINE FERRIS PIRRO
                                              United States Attorney

                                     By:      */s/ William Thanhauser*
                                              WILLIAM THANHAUSER
                                              D.C. Bar No. 1737034
                                              Assistant United States Attorney
                                              601 D Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 252-7706
                                              William.Thanhauser@usdoj.gov

                                              *Attorneys for the United States of America*

-3-

/s/ *Amanda K. Chuzi*
AMANDA K. CHUZI
(D.D.C. Bar ID D00627)
Ryan Wheeler
(DC Bar No. 1737408) (*pro hac vice*)
achuzi@cohenmilstein.com
rwheeler@cohenmilstein.com
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

*Counsel for Center for Reproductive Rights*