# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE CENTER FOR REPRODUCTIVE
RIGHTS,

  *Plaintiff,*

v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.,*

  *Defendants.*

Case No. 1:25-cv-3023-RCL

## ORDER

Upon consideration of the Parties' March 5, 2026 Status Report, ECF No. 18, the Court adopts the following schedule:

- **May 5, 2026**: The Parties are ordered to file an interim Joint Status Report, apprising the Court of the status and any other issues that may arise;

- **June 15, 2026**: Defendants are ordered to provide Plaintiff with the estimated total number of pages of potentially responsive records to be processed; Defendants are ordered to make their first rolling monthly production; and Defendants are ordered to provide an estimated schedule for the processing of remaining potentially responsive documents;

- **June 30, 2026**: The Parties are ordered to file a Joint Status Report, apprising the Court of the above, and setting out a proposed schedule for further status reports.

**IT IS SO ORDERED.**

Date: _____4-27.26_____

_Royce C. Lamberth_
Royce C. Lamberth
United States District Judge

1